UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

SONIA PETTAWAY, et al.,            Case No. 20-CV-1839 (PJS/BRT)

       Plaintiffs,

v.                                           ORDER OF DISMISSAL

PLATINUM PLUS PRINTING, LLC,

       Defendant.

---

       Based upon the Stipulation for Dismissal filed by the parties on December 1, 2020 [ECF No. 86],

       IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: December 2, 2020

                                                           Patrick J. Schiltz
                                                           United States District Judge